Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2021 AUG 30 AM 11:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ______

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>8:21-MJ-0031-DUTY |
| JOSEPH DANIEL MILLER,<br>USMS# ______<br>DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 08/30/2021 at 1100 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 08/30/2021 at 1100 ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: [redacted]/1980
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: N/A Phone Number: N/A
9. Name of Pretrial Services Officer notified: Ninetta Smith
10. Remarks (if any): ______
11. Name: Ryan Catanzano (please print)
12. Office Phone Number: 714-448-4084 (ATF Jason H
13. Agency: ATF
14. Signature: /s/ Ryan Catanzano
15. Date: August 30, 2021